CHRISTOPHER J. CHRISTIE
United States Attorney
COLETTE R. BUCHANAN
Assistant U. S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2907
email: colette.buchanan@usdoj.gov

RECEIVED
WILLIAM T. WALSH, CLERK

2006 AUG 18  A 11: 50

UNITED STATES
[stamp]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY, | HON. Dickinson R. Debevoise |
| Plaintiff, | Criminal No. 06-416-01 |
| v. | |
| ALLEN L. ABBOTT, | ORDER |
| Defendant | |

This matter having been opened to the Court by CHRISTOPHER J. CHRISTIE United States Attorney for the District of New Jersey, attorney for Defendant, for an Order Dismissing the Complaint, and the Court having considered the matter,

IT IS on this 18th day of August

ORDERED that the ~~Complaint be dismissed with prejudice.~~ *Defendant's motion is denied.*

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge